**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Pierro P. Alfaro Pizarro,

        Petitioner,

  - against -

Pam Bondi, Kristi Noem, Todd M. Lyons,
Warden/Facility Administrator,

        Respondents.
-------------------------------------------------------------X

**ORDER TO PRODUCE**
**PETITIONER FOR COURT**
**APPEARANCE**

No. 26-CV-1731 (RER)

**RAMÓN E. REYES, JR., District Judge:**

Upon consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241, and for good cause shown, it is hereby:

**ORDERED** that Respondents, through the appropriate officials of the U.S. Immigration and Customs Enforcement, shall produce Petitioner *pro se* **Piero Paul Alfaro Pizarro, A-Number: 243-157-686, Date of Birth: 1994, Country of Birth: Peru,** currently detained at **Metropolitan Detention Center in Brooklyn, 80 29th St. Brooklyn, New York 11232, before this Court on March 31, 2026, at 11:00AM** in Courtroom 2E North, Theodore Roosevelt Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for the purpose of participating in the scheduled hearing on the above captioned matter, for which Petitioner is *pro se*.

**IT IS FURTHER ORDERED** that Respondents shall ensure Petitioner's safe and timely transport to and from the Court and shall maintain custody of Petitioner during the proceedings.

Accordingly, the Clerk of Court is directed to mail a copy of this order to the Petitioner and note that the document was mailed on ECF.

SO ORDERED.


<u>/s/ Ramón E. Reyes, Jr.</u>
RAMÓN E. REYES, JR.
United States District Judge

Dated: March 26, 2026
       Brooklyn, New York